451 A.2d 444

Daniel A. MARINO, Jr. and Marilyn L. Marino, his wife,

v.

SENECA HOMES, INC. and The Hempfield
Township Municipal Authority.

and

DUNCAN, LAGNESE & ASSOCIATES, INC.

v.

Michael BOVE t/a Bove Engineering Company, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF
ENVIRONMENTAL RESOURCES.

Supreme Court of Pennsylvania.

Argued Sept. 23, 1982.

Decided Oct. 29, 1982.

Thomas J. Godlewski, Greensburg, for appellant.

Frank J. Micale, Deputy Atty. Gen., Herbert L. Olivieri, Pittsburgh, for Dept. of Environmental Resources.

Norman J. Cowie, Pittsburgh, for Duncan, Lagnese and Associates, Inc.

H. Reginald Belden, Greensburg, for Seneca Homes, Inc.

William C. Stillwagon, Greensburg, for Daniel A. Marino, Jr. and Marilyn L. Marino, his wife.

Donald J. Snyder, Greensburg, formerly for Seneca Homes, Inc.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed, 63 Pa.Cmwlth. 534, 439 A.2d 1287, as having been improvidently granted.